# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FLOTEK INDUSTRIES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case Number CIV-05-599-C |
| | ) | |
| EDWARD F. VINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiffs originally filed suit in the District Court of Stephens County, State of Oklahoma. Defendants timely removed the suit to federal court in accordance with 28 U.S.C. §§ 1441, 1446. Section 1446(a) requires Defendants to include in the notice of removal, inter alia, a copy of all pleadings. Here, Defendants included a copy of the state petition but failed to include Plaintiffs' Exhibits A-H that were attached to the state petition. Accordingly, the Court DIRECTS Defendants to file a complete copy of Plaintiffs' state petition, including all exhibits, within forty-eight hours from the date of this Order.

IT IS SO ORDERED this 24th day of June, 2005.

ROBIN J. CAUTHRON
United States District Judge