## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FLOTEK INDUSTRIES, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case Number CIV-05-599-C |
| | ) |
| EDWARD F. VINSON, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION AND ORDER

Now before the Court is Defendants' Motion to Reconsider the Court's Order dated June 24, 2005, directing Defendants to file copies of the exhibits to Plaintiffs' state petition that were not included in Defendants' notice of removal. Unbeknownst to the Court, Plaintiffs neither filed the exhibits referenced in the state petition nor attached the exhibits to the state petition served on Defendants. (Def.'s Notice, Dkt. No. 16, ¶ 1.) Defendants recently received the omitted exhibits from Plaintiffs and subsequently filed them with the Court. (Id. ¶¶ 4-6.) As a result, Defendants' Motion to Reconsider (Dkt. No. 15) is STRICKEN AS MOOT.

IT IS SO ORDERED this 8th day of July, 2005.

ROBIN J. CAUTHRON
United States District Judge