**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHEMICAL AND EQUIPMENT SPECIALTIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number CIV-05-599-C ) |
| EDWARD F. VINSON, et al., | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On May 11, 2006, Defendants filed a Motion to Compel. The Court previously granted three unopposed motions for extensions of time to respond to Defendants' motion to compel filed by Plaintiff. (Dkt. Nos. 97, 104, 108.) The final extension gave Plaintiff until June 19, 2006, to file its response; however, a response has yet to be filed. The tenor of the third motion leads the Court to the conclusion that the litigants have resolved the discovery dispute. (See Pl.'s Mot., Dkt. No. 108, ¶ 3.) Defendants are **DIRECTED** to inform the Court of the status of their Motion to Compel within two days from the date of this order. If unresolved discovery issues remain, Plaintiff shall file a response limited to the unresolved issues within three days from the date of this order.

IT IS SO ORDERED this 28th day of June, 2006.

ROBIN J. CAUTHRON
United States District Judge